**Fill in this information to identify your case:**

Debtor 1: Kathleen Virginia Lester

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the:

Case number (if known): 21-00181-NGH

U.S. COURTS
APR 08 2021
Rcvd Mail Filed ___ Time 10:30
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion if any |
|---|---|---|---|---|

**2.1**
Creditor's Name: Wells Fargo
Number Street: PO Box 14411
City State ZIP Code: Des Moines, IA 50306

Describe the property that secures the claim:
4970 Hwy 12
Kamiah, ID 83536

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) mtg in the name John Higgins, secured by Property

Last 4 digits of account number 6124

$ 54,000 apx    $ 350,000    $ 296,000

**2.2**
Creditor's Name: Wells Fargo mtg
Number Street: PO Box 14411
City: Des Moines, IA
Des Moines, IA 50306

Describe the property that secures the claim:
4968 Hwy 12
Kamiah, ID 83536

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) mtg in the name of John Higgins secured by property

Last 4 digits of account number 2298

$ 130,000 apx    $ 350,000    $ 220,000

Add the dollar value of your entries in Column A on this page. Write that number here: $ 184,000

Official Form 106D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 2

Debtor 1  Kathleen Virginia Lester
      First Name    Middle Name    Last Name

Case number (if known) 21-00181-NGH

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name: Zachary Battles / John Higgins
Number Street: 1304 Idaho St
City: Lewiston, State: ID, ZIP Code: 83501

On which line in Part 1 did you enter the creditor? 2
Last 4 digits of account number 6 1 2 4

☐ Name: Zachary Battles / John Higgins
Number Street: 1304 Idaho St
City: Lewiston, State: ID, ZIP Code: 83501

On which line in Part 1 did you enter the creditor? 2.2
Last 4 digits of account number 2 2 9 8

☐ Name:
Number Street:
City: State: ZIP Code:

On which line in Part 1 did you enter the creditor? ____
Last 4 digits of account number ___ ___ ___ ___

☐ Name:
Number Street:
City: State: ZIP Code:

On which line in Part 1 did you enter the creditor? ____
Last 4 digits of account number ___ ___ ___ ___

☐ Name:
Number Street:
City: State: ZIP Code:

On which line in Part 1 did you enter the creditor? ____
Last 4 digits of account number ___ ___ ___ ___

☐ Name:
Number Street:
City: State: ZIP Code:

On which line in Part 1 did you enter the creditor? ____
Last 4 digits of account number ___ ___ ___ ___

**FROM:**
Kathleen V. Lester
3243 N Lakegrove Ln #161
Boise, 83713

**TO:**
US Bankruptcy Court Suite 400
550 West Fort Street
Boise, ID 83724

USPS TRACKING #: 9505 5154 5616 1096 3018 88

EXPECTED DELIVERY DAY: 04/09/21

U.S. POSTAGE PAID
PM 2-Day
ROSEBURG, OR
97470
APR 06, 21
AMOUNT $7.95
R2304H109616-07